# LODGED

**APR 2 0 2018**

Clerk, U.S. District Court
District Of Montana
Great Falls

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA**

Great falls _____ **DIVISION**

(You must fill in this blank. See Instruction F)

_____

_____

_____
*(Write the full name of each plaintiff who is filing this
complaint. Each named plaintiff must sign the
complaint.)* Eleanor AhevaKew Lameve

Plaintiff,

-against- montana State - all Counties
Department of Corrections - all instate
City of GreatfallS
Cascade County
Greatfalls police Dept
Cascade County Sheriffs
Chippewa-Cree tribe
Business + Individuals by name

*(Write the full name(s) of each defendant who is being
sued. If the names of all the defendants cannot fit in
the space above, please write "see attached" in the
space and attach an additional page with the full list
of names. The names listed in the above caption must
be identical to those contained in Section II. Do not
include addresses here and do not use et al.)*

Defendants.

Case No. _____
*(to be filled in by the Clerk's Office)*

**COMPLAINT**
(Pro Se Non-Prisoner )

Jury Trial Demanded: ☐ Yes ☑No
*(check one)*

---

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor;
or a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the
Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to

## INSTRUCTIONS

1.  Use this form to file a civil complaint with the United States District Court for the District of Montana. Include only counts/causes of action and facts – not legal arguments or citations. You may attach additional pages where necessary. Your complaint must be typed or legibly handwritten in ink and on white paper. Write on only one side of the paper. Do not use highlighters and do not staple or otherwise bind your papers. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). You must sign the complaint (see page 8). Your signature need not be notarized but it must be an original and not a copy. The Clerk's Office cannot provide you copies of documents in your file without prepayment of $0.10 per page (for documents electronically available) or $0.50 (for documents not electronically available). Please keep a copy of the documents you send to the Court.

2.  The filing fee for a complaint is $350.00 plus a $50.00 administrative fee for a total of $400.00. This amount is set by Congress and cannot be changed by the Court. If you pay the filing fee, you will be responsible for serving the complaint on each defendant and any costs associated with such service.

3.  If you are unable to prepay the entire filing fee and service costs for this action, you may file a motion to proceed in forma pauperis.

4.  Complaints submitted by persons proceeding in forma pauperis must be reviewed by the Court before defendants are required to answer. *See* 28 U.S.C. § 1915(e)(2). The Court will dismiss your complaint before it is served on defendants if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief may be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages. After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention. Plaintiffs should not serve defendants, pursue discovery, or request entry of default judgment prior to the completion of this review process.

5.  The case caption (page 1 of this form) must indicate the proper Division for filing. The proper Division is where the alleged wrong(s) occurred. When you have completed your complaint, mail the *original* of your complaint and either the full filing fee or your motion to proceed in forma pauperis to the proper Division:

Billings Division:   *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden*

>    *Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie,*
>    *Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux,*
>    *and Yellowstone Counties*

**U.S. District Court Clerk, 601 2nd Avenue North, Suite 1200, Billings, MT  59101**

Butte Division:   *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
          **U.S. District Court Clerk, 400 N. Main, Butte, MT 59701**

Great Falls Division: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin,*
          *Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley*
          *Counties*

**U.S. District Court Clerk, 125 Central Ave. West, Great Falls, MT 59404**

Helena Division:   *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
          **U.S. District Court Clerk, 901 Front St., Ste 2100,  Helena, MT 59626**

Missoula Division:  *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, and Sanders*
          *Counties*

**U.S. District Court Clerk, P.O. Box 8537,  Missoula, MT 59807**

## I.   Parties to this Complaint

A.   Plaintiff

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Eleanor Ahenakew Lamere |
| Street Address | 1621 8th Ave North |
| City and County | Greatfalls . Cascade |
| State and Zip Code | Montana - 59405 - |
| Telephone Number | (406) 564-7993 - message |
| E-mail Address | |

B.   Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name               John Chance Hoube + family

Job or Title       inmate                          (if known)

Street Address     1019 15ᵗʰ Street North

City and County    Greatfalls        Cascade

State and Zip Code Montana       - 59401 -

Telephone Number   (406) 727-0944

E-mail Address     _____ (if known)

       ☒ Individual capacity       ☒ Official capacity

Defendant No. 2:

Name               White Sky Hope Center + Staff

Job or Title       Treatment Center + Sober Living (if known)

Street Address     6850 Upper Box Elder Road

City and County    BoxElder        Hill

State and Zip Code Montana       - 59521 -

Telephone Number   (406) 395 - 4818

E-mail Address     _____ (if known)

       ☒ Individual capacity       ☒ Official capacity

Defendant No. 3:

Name               Jitterbuggs + Jerry Belcourt

Job or Title       Bar, Casino, Store              (if known)

Street Address     105 Highway 87

City and County    Box Elder       Hill

State and Zip Code Montana       -59521-

Telephone Number   (406) 352-5002

E-mail Address     _____ (if known)

       ☒ Individual capacity       ☒ Official capacity

Pro Se Non-Prisoner Complaint Form                    (Revised April 2016)
Plaintiff's Last Name  Ahenakew Lamere               Page 4 of 8

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name                  AAron Frick
Job or Title          Patrolman Badge # 280    (if known)
Street Address        112 1st Street South
City and County       Greatfalls   Cascade
State and Zip Code    Montana    -59405-
Telephone Number      455-8416
E-mail Address        _____ (if known)

   ☒ Individual capacity    ☒ Official capacity

Defendant No. 2:

Name                  Ft. Benton Sheriff Office
Job or Title          Sheriffs + Duptaty + Employees (if known)
Street Address        1215  Washington
City and County       Ft.Benton   Chouteau
State and Zip Code    Montana    59442
Telephone Number      (406) 622-5123
E-mail Address        _____ (if known)

   ☒ Individual capacity    ☒ Official capacity

Defendant No. 3:

Name                  Chouteau County
Job or Title          all Employees+family    (if known)
Street Address        1215 Washington
City and County       Ft. Benton   Chouteau
State and Zip Code    Montana    59442
Telephone Number      (406) 622-5123
E-mail Address        _____ (if known)

   ☒ Individual capacity    ☒ Official capacity

*Pro Se Non-Prisoner Complaint Form*          *(Revised April 2016)*
*Plaintiff's Last Name* Ahevakew Lamere       *Page 4 of 8*

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name                Travis Burrow + family

Job or Title        Detective Badge #275 (if known)

Street Address      112 1st Street South

City and County     Greatfalls        Cascade

State and Zip Code  Montana        - 59405 -

Telephone Number    455-8416

E-mail Address _____ (if known)

☒ Individual capacity      ☒ Official capacity

Defendant No. 2:

Name                John Mack + family

Job or Title        Patrolman Badge #297 (if known)

Street Address      112 1st Street South

City and County     Greatfalls        Cascade

State and Zip Code  Montana        - 54405 -

Telephone Number    (406) 455-8416

E-mail Address _____ (if known)

☒ Individual capacity      ☒ Official capacity

Defendant No. 3:

Name                Gary Wells

Job or Title        Surgent Police Department (if known)

Street Address      112 1st Street South

City and County     Greatfalls        Cascade

State and Zip Code  Montana        - 59405 -

Telephone Number    (406) 455-8416

E-mail Address _____ (if known)

☒ Individual capacity      ☒ Official capacity

*Pro Se Non-Prisoner Complaint Form*            *(Revised April 2016)*
*Plaintiff's Last Name* Ahena Keu Lamere           *Page 4 of 8*

individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1:

| | |
|---|---|
| Name | Connor Gagnon |
| Job or Title | asst Deputy Chief (if known) |
| Street Address | 219 5th Street South |
| City and County | Greatfalls Cascade |
| State and Zip Code | Montana -59405- |
| Telephone Number | (406) 727-6061 |
| E-mail Address | (if known) |

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 2:

| | |
|---|---|
| Name | Wayne Vue |
| Job or Title | P.D. 2 (if known) |
| Street Address | 219 5th Street South |
| City and County | Greatfalls Cascade |
| State and Zip Code | Montana -59405- |
| Telephone Number | (406) 727-6061 |
| E-mail Address | (if known) |

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 3:

| | |
|---|---|
| Name | Danny Garneert |
| Job or Title | Detective / Sherriffs Office / Bailiff (if known) |
| Street Address | #2 Park Drive South |
| City and County | Greatfalls Cascade |
| State and Zip Code | Montana -59405- |
| Telephone Number | (406) 771-1380 |
| E-mail Address | (if known) |

    ☒ Individual capacity    ☒ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name     Dawn Harda & family

Job or Title     Department Chief    (if known)

Street Address     219 5th Street South Suite A

City and County     Greatfalls    Cascade

State and Zip Code     Montana   - 59405 -

Telephone Number     (406) 727-6061

E-mail Address          (if known)

☒ Individual capacity     ☒ Official capacity

Defendant No. 2:

Name     Christy Slaughter & family

Job or Title     Probation Officer    (if known)

Street Address     219 5th Street South Suite A

City and County     Greatfalls    Cascade

State and Zip Code     Montana   - 59405 -

Telephone Number     (406) 727-6061 -

E-mail Address          (if known)

☒ Individual capacity     ☒ Official capacity

Defendant No. 3:

Name     Jesse Slaughter & family

Job or Title   GF Police Officer & Cascade County Sheriffs Dept   (if known)

Street Address   # 2 Park Drive South

City and County     Greatfalls    Cascade

State and Zip Code     Montana   - 59401 -

Telephone Number     (406) 727-7688

E-mail Address          (if known)

☒ Individual capacity     ☒ Official capacity

individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1:

Name Steve Bolstad + Family
Job or Title City Court Judge (if known)
Street Address #2 Park Drive South
City and County Greatfalls goat Cascade
State and Zip Code MT - 59401-
Telephone Number (406) 771-1380
E-mail Address _____ (if known)

☒ Individual capacity ☒ Official capacity

Defendant No. 2:

Name John Kutzman + family
Job or Title Cascade County Justice Judg(if known)
Street Address 415 2nd Ave North
City and County Greatfalls, Cascade
State and Zip Code Montana - 59401 -
Telephone Number (406) 454-6873
E-mail Address _____ (if known)

☒ Individual capacity ☒ Official capacity

Defendant No. 3:

Name Elizabeth Best + family
Job or Title Cascade County Justice Judge(if known)
Street Address 415 2nd Ave North
City and County Greatfalls, Cascade
State and Zip Code Montana 59401 -
Telephone Number (406)454-6873
E-mail Address _____ (if known)

☒ Individual capacity ☒ Official capacity

*Pro Se Non-Prisoner Complaint Form* *(Revised April 2016)*
*Plaintiff's Last Name* Ahenakew Lamere *Page 4 of 8*

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name                _Mary Jolley + family_

Job or Title        _Judge Cascade County_    (if known)

Street Address      _415 2nd Ave North_

City and County     _Greatfalls, Cascade_

State and Zip Code  _Montana - 59521 -_

Telephone Number    _(406) 454- 6873_

E-mail Address      _____    (if known)

    ☒  Individual capacity    ☒  Official capacity

Defendant No. 2:

Name                _Steve Fagenstrom + family_

Job or Title        _Cascade County Judge_    (if known)

Street Address      _415 2nd Ave North_

City and County     _Greatfalls, Cascade_

State and Zip Code  _Montana - 59521 -_

Telephone Number    _(406) 454- 6873_

E-mail Address      _____    (if known)

    ☒  Individual capacity    ☒  Official capacity

Defendant No. 3:

Name                _John Parker + family_

Job or Title        _Cascade County Judge_    (if known)

Street Address      _415 2nd Ave North_

City and County     _Greatfalls, Cascade_

State and Zip Code  _Montana - 59521 -_

Telephone Number    _(406) 454-6873_

E-mail Address      _____    (if known)

    ☐  Individual capacity    ☐  Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name _Greg Pinski + family_

Job or Title _Cascade County Judge_ (if known)

Street Address _415 2nd Ave North_

City and County _Greatfalls Cascade_

State and Zip Code _Montana -59401-_

Telephone Number _(406) 454-6873_

E-mail Address _____ (if known)

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 2:

Name _Kathleen Jensen + family_

Job or Title _Standing Master - Cascade county_ (if known)

Street Address _415 2nd Ave North_

City and County _Greatfalls, Cascade_

State and Zip Code _Montana, - 59401-_

Telephone Number _(406) 454-6873_

E-mail Address _____ (if known)

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 3:

Name _Josh Racki + family_

Job or Title _District attorney - Cascade C_ (if known) _use 1st_

Street Address _415 2nd Ave North or· 121 4th St North_

City and County _Greatfalls, Cascade_

State and Zip Code _Montana - 59401-_

Telephone Number _(406)454- 6873- 454-6915_ _Best #_

E-mail Address _____ (if known)

    ☒ Individual capacity    ☒ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

| | |
|---|---|
| Name | Susan Webar + family |
| Job or Title | asst. District attorney    (if known) |
| Street Address | 121 4th Street North |
| City and County | Greatfalls  Cascade |
| State and Zip Code | Montana  - 59401 - |
| Telephone Number | 454-6915 |
| E-mail Address | _____ (if known) |

☐   Individual capacity        ☐   Official capacity

Defendant No. 2:

| | |
|---|---|
| Name | Faye Mc Williams +fam. ly |
| Job or Title | Clerk of Court    (if known) |
| Street Address | 415 2nd Ave North |
| City and County | Greatfalls  Cascade |
| State and Zip Code | Montana - 59401 - |
| Telephone Number | (406)  454-6873 - |
| E-mail Address | _____ (if known) |

☐   Individual capacity        ☐   Official capacity

Defendant No. 3:

| | |
|---|---|
| Name | Jon Tester + family |
| Job or Title | Senator    (if known) |
| Street Address | 119 1st Ave North Suite 102 |
| City and County | Greatfalls  Cascade |
| State and Zip Code | Montana   -59401 - |
| Telephone Number | (406) 452-9585 |
| E-mail Address | _____ (if known) |

☒   Individual capacity        ☒   Official capacity

individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1:

Name _Patrick Flaherty & family_

Job or Title _Attorney_ (if known)

Street Address _1026 1st Ave South_

City and County _Greatfalls Cascade_

State and Zip Code _Montana -59503-_

Telephone Number _(406)727-8494 - cell 781-8574_

E-mail Address _____ (if known)

☐ Individual capacity    ☐ Official capacity

Defendant No. 2:

Name _Daniel Flaherty & family_

Job or Title _Attorney_ (if known)

Street Address _1026 1st Ave South_

City and County _Greatfalls, Cascade_

State and Zip Code _Montana - 59403 -_

Telephone Number _(406) 727-8494_

E-mail Address _____ (if known)

☐ Individual capacity    ☐ Official capacity

Defendant No. 3:

Name _Daul Gallardo & family_

Job or Title _Attorney_ (if known)

Street Address _1026 1st Ave South_

City and County _Greatfalls, Cascade_

State and Zip Code _Montana - 59403 -_

Telephone Number _(406) 727-8494_

E-mail Address _____ (if known)

☒ Individual capacity    ☒ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

| | |
|---|---|
| Name | Montana DPHHS |
| Job or Title | Child + Family Services Division- all Employees (if known) |
| Street Address | 2300 12th Ave South, Suite 211 |
| City and County | Great falls, Cascade |
| State and Zip Code | Montana - 59405 |
| Telephone Number | 268-3792 |
| E-mail Address | N Banach@mt.gov ✓ (if known) |

⬭ Individual capacity      ⬭ Official capacity

Defendant No. 2:

| | |
|---|---|
| Name | Nicole Banach |
| Job or Title | Child Protection Specialist (if known) |
| Street Address | 2300 12th Ave South, Suite 211 |
| City and County | Greatfalls Cascade |
| State and Zip Code | Montana - 59405 - |
| Telephone Number | (406) 268-3721 |
| E-mail Address | (if known) |

⬭ Individual capacity      ⬭ Official capacity

Defendant No. 3:

| | |
|---|---|
| Name | Stephanie Jones |
| Job or Title | ICWA Program Specialist (if known) |
| Street Address | 2300 12th Ave South, Suite 211 |
| City and County | Greatfalls Cascade |
| State and Zip Code | Montana 59405 CCU 2 |
| Telephone Number | (406) 268-3721-(406)841-2477 |
| E-mail Address | (if known) |

⬭ Individual capacity      ⬭ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name                Benefis Hospital
Job or Title        E Hospital                          (if known)
Street Address      1101 26th Street South
City and County     Greatfalls    Cascade
State and Zip Code  Montana      - 59405 -
Telephone Number    455-5000
E-mail Address      _____ (if known)

        ☒ Individual capacity       ☒ Official capacity

Defendant No. 2:

Name                Benefis Hospital
Job or Title        Talisa Hides Transition Planner (if known)
Street Address      1101 26th Street South
City and County     Greatfalls    Cascade
State and Zip Code  Montana      - 59405-
Telephone Number   (406) 868-9823
E-mail Address      _____ (if known)

        ☒ Individual capacity       ☒ Official capacity

Defendant No. 3:

Name                ERIC RHY
Job or Title        Montana limited liability Company (if known)
Street Address      P.D. Box 732
City and County     Greatfalls    Cascade
State and Zip Code  Montana      - 59401-
Telephone Number   (406) 761- 3426
E-mail Address      _____ (if known)

        ☒ Individual capacity       ☒ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

| | | |
|---|---|---|
| Name | Don Salonen | |
| Job or Title | Construction + property company Owner | (if known) |
| Street Address | 307 4th Street | |
| City and County | Chinook      Blaine | |
| State and Zip Code | Montana      59523 | |
| Telephone Number | (406) 680-2669 | |
| E-mail Address | | (if known) |

☒ Individual capacity          ☒ Official capacity

Defendant No. 2:

| | | |
|---|---|---|
| Name | Just Us Construction | |
| Job or Title | Owner | (if known) |
| Street Address | 307 4th Street | |
| City and County | Chinook      Blaine | |
| State and Zip Code | Montana      59523 | |
| Telephone Number | (406) 680-2669 | |
| E-mail Address | | (if known) |

☒ Individual capacity          ☒ Official capacity

Defendant No. 3:

| | | |
|---|---|---|
| Name | Carnahan's | |
| Job or Title | Towing + Repair | (if known) |
| Street Address | 905 Smelter Ave. | |
| City and County | Greatfalls      Cascade | |
| State and Zip Code | Montana      -59404- | |
| Telephone Number | 452-8342   1 (800) 371-8342 | |
| E-mail Address | | (if known) |

☒ Individual capacity          ☒ Official capacity

individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1:

| | |
|---|---|
| Name | Harrow Bail Bonding + Company (Employees) |
| Job or Title | - Bonds Man (if known) |
| Street Address | 1601 2nd Ave North |
| City and County | Greatfalls    Cascade |
| State and Zip Code | Montana    -59401- |
| Telephone Number | (406) 453-3340 |
| E-mail Address | (if known) |

✗ Individual capacity    -✗ Official capacity

Defendant No. 2:

| | |
|---|---|
| Name | E-I Bail Bonds + Company & Employers) |
| Job or Title | 216 Riverview 5E Greatfalls (if known) |
| Street Address | 216 Riverview 5E |
| City and County | Greatfalls    Cascade |
| State and Zip Code | Montana    -59401- |
| Telephone Number | (406) 453-7974 |
| E-mail Address | (if known) |

✗ Individual capacity    ✗ Official capacity

Defendant No. 3:

| | |
|---|---|
| Name | Bill Remalard + family |
| Job or Title | Outlaw Bail Bonds (if known) |
| Street Address | 216 Riverview 5E |
| City and County | Greatfalls    Cascade |
| State and Zip Code | Montana    -59401- |
| Telephone Number | 868-0440-cell + 454-0700 |
| E-mail Address | (if known) |

✗ Individual capacity    ✗ Official capacity

individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

Defendant No. 1:

Name _Greatfalls Police Deptment_

Job or Title _Detectives + Patrolmen all Employees_ (if known)

Street Address _112 1st Street South_

City and County _Greatfalls    Cascade_

State and Zip Code _Montana    -59401 -_

Telephone Number _455-8416_

E-mail Address _____ (if known)

☒ Individual capacity    ☒ Official capacity

Defendant No. 2:

Name _Roger Rumsa + family_

Job or Title _3500 1st Ave North Bondsman_ (if known)

Street Address _3500 1st Ave North_

City and County _Greatfalls    Cascade_

State and Zip Code _Montana    -59505-_

Telephone Number _781-6396 + 443-3767-cell    452-6916_

E-mail Address _____ (if known)

☒ Individual capacity    ☒ Official capacity

Defendant No. 3:

Name _Anderson Bail Bonds + Company employees_

Job or Title _Bondsmans + Bail Bonds_ (if known)

Street Address _3500 1st Ave North_

City and County _Greatfalls    Cascade_

State and Zip Code _Greatfalls    -59405-_

Telephone Number _781-6396 or 443-3767-cell    452-6916_

E-mail Address _____ (if known)

☒ Individual capacity    ☒ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

| | |
|---|---|
| Name | Police Deptment Havre |
| Job or Title | -all police officers + Employees (if known) |
| Street Address | 520 4th Street |
| City and County | Havre          Hill |
| State and Zip Code | Montana        - 59521- |
| Telephone Number | 265-2512 |
| E-mail Address | _____ (if known) |

    ☒ Individual capacity    ☑ Official capacity

Defendant No. 2:

| | |
|---|---|
| Name | Sheriffs Department · Hill County |
| Job or Title | -all Sheriffs + Employees (if known) |
| Street Address | 4th Street |
| City and County | Havre          Hill |
| State and Zip Code | Montana        - 59521- |
| Telephone Number | 265-2512 |
| E-mail Address | _____ (if known) |

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 3:

| | |
|---|---|
| Name | Judge Miller |
| Job or Title | Judge (if known) |
| Street Address | 230 Ohio Street |
| City and County | Chinook        Blaine |
| State and Zip Code | Montana |
| Telephone Number | 357-3280 |
| E-mail Address | _____ (if known) |

    ☒ Individual capacity    ☑ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

| | | |
|---|---|---|
| Name | Cascade County Sheriffs Department | |
| Job or Title | -Sheriffs + Employee's | (if known) |
| Street Address | 3800 Ulm Frontage Road | |
| City and County | Greatfalls          Cascade | |
| State and Zip Code | Montana | |
| Telephone Number | 454-6848 | |
| E-mail Address | | (if known) |

☒ Individual capacity          ☒ Official capacity

Defendant No. 2:

| | | |
|---|---|---|
| Name | Bob Edwards + family | |
| Job or Title | Sheriffs | (if known) |
| Street Address | 3800 Ulm Frontage Road | |
| City and County | Greatfalls          Cascade | |
| State and Zip Code | Montana          - 59401 - | |
| Telephone Number | 454-6848 | |
| E-mail Address | | (if known) |

☒ Individual capacity          ☒ Official capacity

Defendant No. 3:

| | | |
|---|---|---|
| Name | Steve Crubb + fam. ly | |
| Job or Title | Deputy | (if known) |
| Street Address | 3800 Ulm Frontage Road | |
| City and County | Greatfalls          County | |
| State and Zip Code | Montana          -59401- | |
| Telephone Number | 454-6848 | |
| E-mail Address | | (if known) |

☐ Individual capacity          ☐ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name    (FAL) → ~~Reppert~~ Kevin Olson + family

Job or Title    Division Head Probations Parol (if known)

Street Address    ~~44 3930~~ 5 South Last Chance Gulch

City and County    Helena

State and Zip Code    Montana    59601

Telephone Number    (406) 444-3930

E-mail Address    _____ (if known)

☒ Individual capacity    ☒ Official capacity

Defendant No. 2:

Name    Reginald Michael + family

Job or Title    Division Head Dept of Corrections (if known)

Street Address    5 South Last Chance Gulch

City and County    Helena

State and Zip Code    Montana    59601

Telephone Number    (406) 444 - 3930

E-mail Address    _____ (if known)

☒ Individual capacity    ☒ Official capacity

Defendant No. 3:

Name    Greatfalls Probation Parol

Job or Title    Deptment Of Corrections (if known)

Street Address    219 5ᵗʰ St South

City and County    Greatfalls    Cascade

State and Zip Code    Montana    - 59405 -

Telephone Number    (406) 444 - 3930

E-mail Address    _____ (if known)

☒ Individual capacity    ☒ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

Name                Neil Anthon & Wife (EA) family

Job or Title   city attorney  # 2 Park Drive South   (if known)

Street Address      #2 Park Drive South

City and County     Greatfalls    Cascade

State and Zip Code  Montana      59401

Telephone Number    (406) 771 - 1380

E-mail Address      _____ (if known)

☐ Individual capacity        ☒ Official capacity

Defendant No. 2:

Name                Greg Granforte

Job or Title        Montana Senate /House of Representative (if known)

Street Address      1419 Longworth HOB

City and County     Washington  DC

State and Zip Code  District of Columbia 2050 - 20510

Telephone Number    _____

E-mail Address      _____ (if known)

☒ Individual capacity        ☒ Official capacity

Defendant No. 3:

Name                Dave Bowen

Job or Title        Chief of Police           (if known)

Street Address      112 1st Street South

City and County     Greatfalls   Cascade

State and Zip Code  Montana     - 59401 -

Telephone Number    406) 727 - 7688

E-mail Address      _____ (if known)

☒ Individual capacity        ☒ Official capacity

individual defendant, include the person's job or title (if known) and check
whether you are bringing this complaint against them in their individual
capacity or official capacity, or both.

Defendant No. 1:

| | |
|---|---|
| Name | Police Department |
| Job or Title | - all Police officers + Employees (if known) |
| Street Address | 230 Ohio Street |
| City and County | Chinook            Blaine |
| State and Zip Code | Montana          - 59521 - |
| Telephone Number | (406) 357 - 3260 |
| E-mail Address | _____ (if known) |

☒ Individual capacity        ☒ Official capacity

Defendant No. 2:

| | |
|---|---|
| Name | Sheriffs Department |
| Job or Title | - all Sheriff's officers + Employees (if known) |
| Street Address | 230 Ohio Street |
| City and County | Chinook            Blaine |
| State and Zip Code | Montana          -59521- |
| Telephone Number | (406) 357 - 3260 |
| E-mail Address | _____ (if known) |

☒ Individual capacity        ☒ Official capacity

Defendant No. 3:

| | |
|---|---|
| Name | Montana State Department of Corrections |
| Job or Title | - Dept of Corrections (if known) |
| Street Address | 5 South Last Chance Gulch |
| City and County | Helena |
| State and Zip Code | Montana          -59601- |
| Telephone Number | (406) 444 - 3930 |
| E-mail Address | _____ (if known) |

☒ Individual capacity        ☒ Official capacity

Defendant No. 4:

| | |
|---|---|
| Name | Chippewa Cree Clinic & Staff |
| Job or Title | Clinic (if known) |
| Street Address | 6850 Upper Box Elder Road |
| City and County | Box Elder          Hill |
| State and Zip Code | Montana          - 59521 - |
| Telephone Number | 395 - 4486 |
| E-mail Address | _____ (if known) |

⊕ Individual capacity        ⊗ Official capacity

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX A: PARTIES").

## II.    Basis for Jurisdiction

Check the option that best describes the basis for jurisdiction in your case:

☒    **Federal Question:** Claims arising under the Constitution, laws, or treaties of the United States. This includes claims brought under 42 U.S.C. § 1983 against state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."

☒    **U.S. Government Defendant:** United States or a federal official or agency is a defendant. This includes claims brought against federal employees under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

☒    **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

## III.    Venue

This court can hear cases arising out of the District of Montana. Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district.

Please explain why venue is appropriate in this Court:

IV.    **Statement of Claim(s)**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A.     Count I:

1.     What federal constitutional or statutory right(s) do you claim is/are being violated by defendants? *Constitution, human Rights, Treaty, Civil Rights, HIPPA, Espionage - Rape, physical violence, Torture, terrisom + Terriost, Held Hostage - Deprived medical treatment, Evidance in a Federal Investigation - Tampering I ewit + Witness tampering, wive topping, Electronic Serveliance*

2.     What date and approximate time did the events giving rise to your claim(s) occur? *- 6-08-15  to present date*

3.     Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe what happened without citing legal arguments, cases, or statutes). *- I have evidence and will testify - I'm a Expert Witness and Qualified Expert Witness Indian Child Welfare Act 1978"*

4.     Defendants Involved: (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury). *- all people + Companys listed in paper work filed*

(**NOTE**: For each additional claim, use a blank sheet labeled "APPENDIX B. STATEMENT OF CLAIMS." You must address paragraphs IV(A)(1-4) for each count., following the directions under IV.

*Pro Se Non-Prisoner Complaint Form*                              *(Revised April 2016)*
*Plaintiff's Last Name* **Athenalcaus Lamere**                    *Page 6 of 8*

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. (Do not cite legal arguments, cases, or statutes).  Attach additional pages if needed. - I've been hospit hospitalized for about 2 1/2 years out of the last 3 1/2 years - I have all medical Records. I will submit as exhibits under Seal -

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C:  INJURY").

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. - I want the maximum amount awarded in civil + punative damage by all defendants - I ask you for financial Relief and pray you do the right thing - thank you - all damages occurred to me - my lost Income - home, car, for last 3 1/2 year to present time -

(**NOTE**: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D:  REQUEST FOR RELIEF").

## VII.   Plaintiff's Declaration

A.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

B.   I understand I must keep the Court informed of my current mailing address and my failure to do so may result in dismissal of this Complaint without notice to me.

C.   I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these rules, I understand that:

- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);
- birth dates must include the year of birth only (c.g. xx/xx/2001); and
- names of persons under the age of 18 must include initials only (e.g. L.K.).

If my documents (including exhibits) contain any of the above listed information, I understand it is my responsibility to black that information out before sending those documents to the Court.

I understand I am responsible for protecting the privacy of this information.

D.   I understand the submission of a false statement or answer to any question in this complaint may subject me to penalties for perjury. I declare under penalty of perjury that I am the Plaintiff in this action, I have read this complaint, and the information I set forth herein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at **Greatfalls**      on **April 20**, 2018.
          (Location)                      (Date)

Signature of Plaintiff:   **Ahenaken Lamere**

Printed Name of Plaintiff:   **Ahenaken Lamere**

**Eleanor Ahenaken Lamere**
**1621 8th Ave North Greatfalls, Mt - 59401-**      **564-7993 - message**
**Kenny Lamere exhusband**