IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS

| ELENOR AHENAKEW LAMERE, | CV-18-65-GF-BMM-JTJ |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MONTANA STATE, All Counties, et al., | |
| Defendants. | |

Plaintiff filed her Complaint on April 20, 2018, Doc. 2. To date, the record reflects that no summonses have been issued and served on the Defendants by the Plaintiff. On October 30, 2018 on order was entered by Magistrate Judge John Johnston giving the Plaintiff until November 30, 2018 to provide to the Court proof of service of summonses and complaint on the Defendants. To date, nothing has been filed. Accordingly, IT IS HEREBY ORDERED this case is DISMISSED without prejudice.

DATED this 7th day of January, 2019.

_____
Brian Morris
United States District Court Judge